In the Matter of the Application of WALTER RODEN, Respondent, for a Certiorari Order against NEW YORK STATE LIQUOR AUTHORITY and HENRY E. BRUCKMAN, Chairman of New York State Liquor Authority, Appellants.— Petitioner filed with the Westchester County Alcoholic Beverage Control Board an application for a restaurant liquor license. The local board forwarded the application to the State Liquor Authority with the recommendation — not unanimous — that the application be disapproved. After a hearing the State Liquor Authority served petitioner with written notice of an "Order of Disapproval — After Hearing on Local Board Disapproval " — rejecting and disapproving petitioner's application. Petitioner thereupon applied, pursuant to article 78 of the Civil Practice Act, to review the determination of the State Liquor Authority and the latter, by cross-motion, moved to dismiss the petition. The motion to dismiss the petition was denied. Order denying the respondents' cross-motion to dismiss the petition reversed on the law and the facts, with twenty-five dollars costs and disbursements, motion granted and petition dismissed, with ten dollars costs. It is our opinion that under the facts disclosed by the petition there is no right to a judicial review of the action of the State Liquor Authority. (Alcoholic Bev. Control Law, § 121; *Matter of Calvary Pres. Ch.* v. *State Liquor Authority,* 249 App. Div. 288; affd., 275 N. Y. 552; *Reckler* v. *Quinn,* 255 App. Div. 873; *Matter of Bakeman* v. *Mulrooney,* 243 id. 650.) In our opinion the statute is constitutional. (*Crowley* v. *Christensen,* 137 U. S. 86; *People ex rel. Crane* v. *Hahlo,* 228 N. Y. 309, 317.) Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of BELLE BROOKS, Appellant, for an Order Compelling Delivery of Specific Personal Property to Her by the Executor under the Will of WILLIAM B. STEWART, Deceased. PAUL W. STEWART, Individually and as Executor, etc., of WILLIAM B. STEWART, Deceased, Respondent.— Decree of the Surrogate's Court of Orange County dismissing a petition under section 206-a, Surrogate's Court Act, in a proceeding by appellant to obtain a certain bond in the decedent's safe deposit box, on the theory it had been given her by decedent, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Petition of MARGARET TATE BEAL to Compel EDITH TATE GROSSARTH, as the Executrix, etc., of ARCHIBALD TATE, Deceased, to Render and Settle Her Accounts as Such Executrix. MARGARET TATE BEAL, Respondent; EDITH TATE GROSSARTH, as Executrix, etc., of ARCHIBALD TATE, Deceased, Appellant.— Order of the Surrogate's Court of Queens County, directing an executrix to file an account of her proceedings and cause the same to be judicially settled, unanimously affirmed, with costs to the respondent, payable out of the estate. Account to be filed within thirty days after entry of order hereon. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.